Eric P. Waeckerlin – *Admitted Pro Hac Vice*
Kathleen Schroder – *Admitted Pro Hac Vice*
Erin K. Murphy – Wyo. Bar No. 7-4691
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Tel:    303.892.9400
Fax:   303.893.1379
Eric.Waeckerlin@dgslaw.com
Katie.Schroder@dgslaw.com
Erin.Murphy@dgslaw.com

*Attorneys for Petitioners Western Energy Alliance and the Independent Petroleum Association of America*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, and the INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, and BUREAU OF LAND MANAGEMENT,<br><br>　　　　Respondents. | Civil Case No. 2:16-cv-00280-SWS |

## MOTION FOR PRELIMINARY INJUNCTION

Petitioners Western Energy Alliance (Alliance)[1] and the Independent Petroleum Association of America (IPAA)[2] respectfully submit this motion requesting that the Court issue a

---

[1] The declaration attached as Exhibit 1 to this motion describes the Alliance, its membership, and the Alliance's involvement in the rulemaking that is the subject of this litigation.

[2] The declaration attached as Exhibit 2 to this motion describes IPAA, its membership, and the IPAA's involvement in the rulemaking that is the subject of this litigation.

4232474

preliminary injunction under 5 U.S.C. § 705, enjoining Respondent Bureau of Land Management (BLM) from applying BLM's recently-issued rule related to the reduction of venting and flaring from oil and gas production on federal and Indian lands, 81 Fed. Reg. 83,008 (Nov. 18, 2016), (the Rule) until the resolution of this litigation.  Petitioners request that the Court enjoin the Rule before it takes effect on January 17, 2017.

As stated in the memorandum submitted in support of this motion, injunctive relief is necessary because the Rule represents unlawful and unconstitutional agency action. Additionally, the application of the Rule will cause the Petitioners and the Petitioners' members immediate and irreparable harm, and the balance of equities and public interest favor a preliminary injunction.

## CERTIFICATE OF CONFERRAL

The undersigned counsel for Petitioners certify that Petitioners' counsel conferred with United States Department of Justice Environment and Natural Resources Division (DOJ/ENR) counsel via telephone regarding a voluntary stay of the Rule until the resolution of this litigation. DOJ/ENR advised Petitioners that they will not agree to a voluntary stay.

Respectfully submitted this 23rd day of November, 2016.

DAVIS GRAHAM & STUBBS LLP


By: /s/ *Eric P. Waeckerlin*
Eric P. Waeckerlin – *Admitted Pro Hac Vice*
Kathleen Schroder – *Admitted Pro Hac Vice*
Erin K. Murphy – Wyo. Bar No. 7-4691
1550 17th Street, Suite 500
Denver, Colorado  80202
Tel:     303.892.9400
Fax:    303.893.1379
Eric.Waeckerlin@dgslaw.com
Katie.Schroder@dgslaw.com
Erin.Murphy@dgslaw.com

*Attorneys for Petitioners Western Energy Alliance and the Independent Petroleum Association of America*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of November, 2016, the foregoing **MOTION FOR A PRELIMINARY INJUNCTION** was filed electronically with the Court, using the CM/ECF system, which caused the foregoing to be served electronically upon the following:

C. Levi Martin
Assistant Deputy U.S. Attorney
United States Attorney's Office
J.C. O'Mahoney Federal Courthouse
2120 Capitol Avenue, Suite 4000
Cheyenne, WY  82001
Christopher.Martin@usdoj.gov
CaseView.ECF@usdoj.gov
breanne.m.ramirez@usdoj.gov
janee.woodson@usdoj.gov

Marissa Piropato
Clare Boronow
Assistant Deputy U.S. Attorneys
United States Attorney's Office
555 4th Street, NW
Washington, DC  20530
marissa.piropato@usdoj.gov
clare.boronow@usdoj.gov
efile_nrs.enrd@usdoj.gov

*Attorneys for The Honorable Sally Jewell*
*U.S. Secretary of the Interior, and for the U.S.*
*Bureau of Land Management*

                                  *s/ Kathleen M. Daily*
                                  of Davis Graham & Stubbs LLP