# EXHIBIT 7

Eric P. Waeckerlin – *Admitted Pro Hac Vice*
Kathleen Schroder – *Admitted Pro Hac Vice*
Erin K. Murphy – Wyo. Bar No. 7-4691
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado  80202
Tel:   303.892.9400
Fax:   303.893.1379
Eric.Waeckerlin@dgslaw.com
Katie.Schroder@dgslaw.com
Erin.Murphy@dgslaw.com

*Attorneys for Petitioners Western Energy Alliance and
Independent Petroleum Association of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, and the INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA,<br><br>          Petitioners,<br><br>     v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, and BUREAU OF LAND MANAGEMENT,<br><br>          Respondents. | Civil Case No. 2:16-cv-00280-SWS |

**DECLARATION OF KATHLEEN C. SCHRODER AS TO AUTHENTICITY OF DOCUMENTS SUBMITTED AS EXHIBITS**

I, Kathleen C. Schroder, do certify under penalty of perjury as follows:

1.     I am a partner in the Natural Resources Department of Davis Graham & Stubbs LLP.  I represent Petitioners Western Energy Alliance and the Independent Petroleum Association of America in the above-captioned case.  My telephone number is 303.892.7354, and my email address is Katie.Schroder@dgslaw.com.

4236418.1

2.    I am over the age of 21, and I have personal knowledge of the fact that each of the following documents, attached as Exhibits to Petitioners' Memorandum in Support of Motion for Preliminary Injunction, is a true, correct, and complete copy of the original it purports to be:

   a. Waste Prevention, Production Subject to Royalties, and Resource Conservation: Final Rule, 81 Fed. Reg. 83,008 (November 18, 2016).

   b. United States Bureau of Land Management, Regulatory Impact Analysis for: Revisions to 43 C.F.R. 3100 (Onshore Oil and Gas Leasing) and 43 C.F.R. 3600 (Onshore Oil and Gas Operations) and Additions of 43 C.F.R. 3178 (Royalty-Free Use of Lease Production) and 43 C.F.R. 3179 (Waste Prevention and Resource Conservation), November 10, 2016.

   c. Waste Prevention, Production Subject to Royalties, and Resource Conservation: Proposed Rule, 81 Fed. Reg. 6,616 (proposed February 8, 2016).

   d. 1979 Notice to Lessees and Operators of Onshore Federal and Indian Oil and Gas Leases, Royalty or Compensation for Oil and Gas Lost (NTL-4A), United States Department of the Interior Geological Survey Conservation Division, January 1, 1980.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and was executed in Denver, Colorado on this 22 day of November 2016.

*Kathleen Schroder* (signature)

Kathleen C. Schroder