Eric P. Waeckerlin – *Pro Hac Vice*
Kathleen Schroder – *Pro Hac Vice*
Erin K. Murphy – Wyo. Bar No. 7-4691
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado  80202
Tel:     303.892.9400
Fax:    303.893.1379
Eric.Waeckerlin@dgslaw.com
Katie.Schroder@dgslaw.com
Erin.Murphy@dgslaw.com

*Attorneys for Petitioners Western Energy Alliance and
Independent Petroleum Association of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING, et al., | ) |
| Petitioners, | ) |
| v. | ) Civil Case No. 2:16-cv-00285-SWS [Lead] |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al. | ) Consolidated with: |
| | ) Case No. 2:16-cv-00280-SWS |
| Respondents. | ) Assigned:  Hon. Scott W. Skavdahl |

## NOTICE OF FILING OF AFFIDAVIT OF SERVICE

Petitioners Western Energy Alliance (the "Alliance") and the Independent Petroleum Association of America (IPAA) hereby submit this Notice of Filing of Affidavit of Service, for service in the original Case No. 2:16-cv-00280-SWS. *See* Affidavit of Service attached hereto.

Dated this 13th day of December, 2016.   Respectfully submitted,

DAVIS GRAHAM & STUBBS LLP

By: *s/     Erin K. Murphy*
Eric P. Waeckerlin – *Pro Hac Vice*
Kathleen Schroder – *Pro Hac Vice*
Erin K. Murphy – Wyo. Bar No. 7-4691
1550 17th Street, Suite 500
Denver, Colorado  80202
Tel:    303.892.9400
Fax:    303.893.1379
Eric.Waeckerlin@dgslaw.com
Katie.Schroder@dgslaw.com
Erin.Murphy@dgslaw.com

*Attorneys for Petitioners Western Energy Alliance and the Independent Petroleum Association of America*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 13th day of December, 2016, the foregoing was filed electronically with the Court, using the CM/ECF system, which caused automatic electronic notice of such filing to be served upon the following:

| | |
|---|---|
| Erik Edward Petersen<br>Senior Assistant Attorney General<br>Elizabeth Morrisseau, Assistant Attorney<br>    General<br>**Wyoming Attorney General's Office**<br>2320 Capitol Avenue<br>Cheyenne, WY  82002<br>(307) 777-6946<br>erik.petersen@wyo.gov,<br>jessica.curless@wyo.gov<br><br>*Attorneys for Petitioner State of Wyoming* | Timothy C. Fox, Montana Attorney General<br>Alan L. Joscelyn, Chief Deputy Attorney<br>    General<br>Tommy H. Butler, Deputy Attorney General<br>**Montana Department of Justice**<br>215 North Sanders<br>PO Box 201401<br>Helena, MT  59620-1401<br>(406) 444-0662<br>timothyfox@mt.gov<br>alanjoscelyn@mt.gov<br>tommybutler@mt.gov<br><br>*Attorneys for the State of Montana* |
| C. Levi Martin, Assistant Deputy U.S.<br>    Attorney<br>**United States Attorney's Office**<br>J.C. O'Mahoney Federal Courthouse<br>2120 Capitol Avenue, Suite 4000<br>Cheyenne, WY  82001<br>(307) 772-2124<br>Christopher.Martin@usdoj.gov<br><br>*Attorneys for Respondents The Honorable Sally Jewell and U.S. Secretary of the Interior, and for the U.S. Bureau of Land Management* | Brandon Lee Jensen<br>**Budd-Falen Law Offices, LLC**<br>300 East 18th Street<br>PO Box 346<br>Cheyenne, WY  82003-0346<br>(307) 632-5105<br>Brandon@buddfalen.com<br><br>*Attorneys for Petitioner State of Montana* |

| | |
|---|---|
| Marissa Piropato<br>Clare M. Boronow<br>**United States Department of Justice**<br>Environmental and Natural Resources Division<br>601 D Street NW<br>Washington, DC  20004<br>(202) 305-0470 (Ms. Piropato)<br>(202) 305-0492 (Ms. Boronow)<br>Marissa.piropato@usdoj.gov<br>Clare.boronow@usdoj.gov<br><br>*Attorneys for The Honorable Sally Jewell U.S. Secretary of the Interior, and for the U.S. Bureau of Land Management* | Erik Petersen<br>Elizabeth Morrisseau<br>Assistant Attorney General<br>**Wyoming Attorney General's Office**<br>2320 Capitol Avenue<br>Cheyenne, WY  82002<br>(307) 777-6946<br>Erik.petersen@wyo.gov<br>Elizabeth.morrisseau@wyo.gov<br><br>*Attorneys for the State of Wyoming* |
| Wayne Stenehjem, Attorney General<br>**North Dakota Attorney General's Office**<br>600 East Boulevard Avenue, Suite 125<br>Bismarck, ND  58505<br>(701) 328-2210<br>ndag@nd.gov<br><br>*Attorneys for Petitioner Intervenor, the State of North Dakota* | Paul M. Seby<br>**Greenberg Traurig LLP**<br>1200 17th Street, Suite 2400<br>Denver, CO  80202<br>(303) 572-6500<br>sebyp@gtlaw.com<br><br>*Attorneys for Petitioner Intervenor, the State of North Dakota* |
| David P. Garner, Assistant Attorney General<br>Hope Hogan, Assistant Attorney General<br>**North Dakota Attorney General's Office**<br>500 North 9th Street<br>Bismarck, ND  58501<br>(701) 328-3640<br>dpgarner@nd.gov<br>hhogan@nd.gov<br><br>*Attorneys for Petitioner Intervenor, the State of North Dakota* | Robert John Walker<br>**Hickey & Evens**<br>1800 Carey Avenue, Suite 700<br>PO Box 467<br>Cheyenne, MY  82003-0467<br>(307) 634-1525<br>rwalker@hickeyevans.com<br><br>*Attorneys for Petitioner Intervenor, the State of North Dakota* |

Jennifer L. Cassel
Rachel Leigh Granneman
**Environmental Law & Policy Center**
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 795-3726 (Ms. Cassel)
(312) 795-3737 (Ms. Granneman)
jcassel@elpc.org
rgranneman@elpc.org

*Attorney for Respondent-Intervenors, Center for Biological Diversity, et al.*

Erik Schlenker-Goodrich
**Western Environmental Law Center**
208 Paseo del Pueblo Sur, Suite 602
Taos, NM 87571
(575) 613 4197
eriksg@westernlaw.org

*Attorney for Respondent-Intervenors, Center for Biological Diversity, et al.*

Susannah L. Weaver
**Donahue & Goldberg, LLP**
1111 14th Street NW, Suite 10A
Washington, DC 20005
(202) 569-3818
susannah@donahuegoldberg.com

*Attorney for Respondent-Intervenors, Center for Biological Diversity, et al.*

Ann Brewster Weeks, Legal Director
Darin Schroeder
**Clean Air Task Force**
18 Tremont, Suite 530
Boston, MA 02108
(617) 624-0234 (Ms. Weeks)
(303) 579-4165 (Mr. Schroeder)
aweeks@catf.us
dschroeder@catf.us

*Attorney for Respondent-Intervenors, Center for Biological Diversity, et al.*

Lisa Dardy McGee
**Wyoming Outdoor Council**
262 Lincoln Street
Lander, WY 82520
(307) 332-7031
lisa@wyomingoutdoorcouncil.org

*Attorney for Respondent-Intervenors, Center for Biological Diversity, et al.*

Laura H. King
Shiloh Hernandez
**Western Environmental Law Center**
103 Reeder's Alley
Helena, MT 59601
(406) 204-4852 (Ms. King)
(406) 204-4861 (Mr. Hernandez)
king@westernlaw.org
hernandez@westernlaw.org

*Attorney for Respondent-Intervenors, Center for Biological Diversity, et al.*

Joel Minor
Michael S. Freeman
Robin Cooley
**Earthjustice**
633 17th Street, Suite 1600
Denver, CO  80202
(303) 996-9628 (Mr. Minor)
(303) 966-9615 (Mr. Freeman)
(303) 996-9611 (Ms. Cooley)
jminor@earthjustice.org
mfreeman@earthjustice.org
rcooley@earthjustice.org

*Attorney for Respondent-Intervenors, Center for Biological Diversity, et al.*

*s/ Brigid Bungum*