Eric P. Waeckerlin – *Admitted Pro Hac Vice*
Kathleen Schroder – *Admitted Pro Hac Vice*
Erin K. Murphy – Wyo. Bar No. 7-4691
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado  80202
Tel:     303.892.9400
Fax:    303.893.1379
Eric.Waeckerlin@dgslaw.com
Katie.Schroder@dgslaw.com
Erin.Murphy@dgslaw.com

*Attorneys for Petitioners Western Energy Alliance and Independent Petroleum Association of America*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, and the INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA,<br><br>         Petitioners,<br><br>     v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, and BUREAU OF LAND MANAGEMENT,<br><br>         Respondents. | Civil Case No. 2:16-cv-280-SWS |

## AFFIDAVIT OF SERVICE

I, Kathleen M. Daily, hereby certify that on this 17th day of November, 2016, I served the attached Summons and Petition for Review of Final Agency Action (Dkt. #1) upon the Respondents in this matter, via United States certified mail, return receipt requested, by

4216549.1

depositing true and correct copies in postage prepaid, properly addressed, sealed envelopes, in an official depository of the United States Postal Service, to the following:

    The Honorable Sally Jewell (**original summons**)
    Secretary of the Interior
    United States Department of the Interior
    1849 C Street, NW
    Washington, DC  20240

    Bureau of Land Management (**original summons**)
    1849 C Street, NW
    Room 5665
    Washington, DC  20240

    Civil-Process Clerk (**copies only**)
    United States Attorney's Office
    District of Wyoming
    Post Office Box 668
    Cheyenne, WY  82003-0668

    The Honorable Loretta Lynch (**copies only**)
    Attorney General
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC  20530-0001

I further certify that I am 18 years of age or older and I am not a party to this case.

*I solemnly swear or affirm under criminal penalties for the making of a false statement that I have read this Affidavit of Service and that the factual statements made in it are true to the best of my personal knowledge, information and belief.*

_____
Printed Name: Kathleen M. Daily

STATE OF COLORADO   )
                                            ) ss.
COUNTY OF DENVER   )

Sworn to before me this 17th day of November, 2016.

_____
Notary Public, State of Colorado

[SEAL] BRIGID BUNGUM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124011620
MY COMMISSION EXPIRES FEBRUARY 24, 2020

My commission expires  February 24, 2020.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, and the INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA,<br><br>        Petitioners,<br><br>v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, and BUREAU OF LAND MANAGEMENT,<br><br>        Respondents. | Civil Case No. 16-cv-280-C |

## SUMMONS IN A REVIEW OF FINAL AGENCY ACTION

To:

The Honorable Sally Jewell
Secretary of the Interior
Department of the Interior
1849 C Street N.W.
Washington DC  20240

    A lawsuit has been filed against you.

    According to the United States District Court for the District of Wyoming Local Rules, you need not file an answer to the petition for review. U.S.D.C.L.R. 83.6(b).  You and Defendant Bureau of Land Management must, however, lodge the record in this case with the Clerk of Court within ninety (90) days of proper service of the petition for review (not counting the day you received it), unless a different time is provided by statute or as otherwise ordered by the court. *Id.* at 83.6(b)(2).

- 2 -

The record must be served on the petitioner's attorneys, *id.* at 83.6(g), whose names and addresses are:

Eric P. Waeckerlin
Kathleen Schroder
Erin K. Murphy
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Tel:   303.892.9400
Fax:   303.893.1379
Eric.Waeckerlin@dgslaw.com
Katie.Schroder@dgslaw.com
Erin.Murphy@dgslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the petition for review.

CLERK OF COURT

Date: 11/15/16

S. Williams
*Signature of Clerk or Deputy Clerk*

English   Customer Service   USPS Mobile   Register / Sign In

**USPS.COM®**

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9414814901568067019250

**On Time**
**Updated Delivery Day:** Monday, November 21, 2016

## Product & Tracking Information

**Postal Product**         **Features**
First-Class Mail®          Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 21, 2016 , 11 55 am | Delivered, Left with Individual | WASHINGTON, DC 20240 |

Your item was delivered to an individual at the address at 11:55 am on November 21, 2016 in WASH NGTON, DC 20240.

| | | |
|---|---|---|
| November 21, 2016 , 8 35 am | Arrived at Unit | WASHINGTON, DC 20018 |
| November 19, 2016 , 3 04 am | In Transit to Destination | |
| November 18, 2016 , 3 04 am | Departed USPS Origin Facility | DENVER, CO 80266 |
| November 17, 2016 , 11:53 pm | Arrived at USPS Origin Facility | DENVER, CO 80266 |
| November 17, 2016 , 10:38 pm | Accepted at USPS Origin Facility | DENVER, CO 80202 |
| November 17, 2016 | Pre-Shipment Info Sent to USPS, USPS Awaiting Item | |

## Available Actions

**Return Receipt Electronic**

**Text Updates**

**Email Updates**

## Track Another Package

**Tracking (or receipt) number**

[                    ]   **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| English | Customer Service | USPS Mobile | | Register / Sign In |

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9414814901568067019243

**Updated Delivery Day:** Tuesday, November 22, 2016

## Product & Tracking Information

**Postal Product**
First-Class Mail®

**Features**
Certified Mail™

## Available Actions

**Return Receipt Electronic**

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 22, 2016 , 5 17 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:17 am on November 22, 2016 in WASH NGTON, DC 20530.

| | | |
|---|---|---|
| November 21, 2016 , 11:36 am | Available for Pickup | WASHINGTON, DC 20530 |
| November 21, 2016 , 11:01 am | Arrived at Unit | WASHINGTON, DC 20018 |
| November 19, 2016 , 1 07 am | In Transit to Destination | |
| November 18, 2016 , 1 07 am | Departed USPS Origin Facility | DENVER, CO 80266 |
| November 17, 2016 , 11:53 pm | Arrived at USPS Origin Facility | DENVER, CO 80266 |
| November 17, 2016 , 10:38 pm | Accepted at USPS Origin Facility | DENVER, CO 80202 |
| November 17, 2016 | Pre-Shipment Info Sent to USPS, USPS Awaiting Item | |

## Track Another Package

**Tracking (or receipt) number**

[                                ]  **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE, and the INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA, )<br><br>Petitioners, )<br><br>v. )<br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior, and BUREAU OF LAND MANAGEMENT, )<br><br>Respondents. ) | Civil Case No. 16-cv-280-C |

## SUMMONS IN A REVIEW OF FINAL AGENCY ACTION

To:

The Bureau of Land Management
1849 C Street NW
Room 5665
Washington DC  20240

    A lawsuit has been filed against you.

    According to the United States District Court for the District of Wyoming Local Rules, you need not file an answer to the petition for review. U.S.D.C.L.R. 83.6(b). You and Defendant Sally Jewell, in her official capacity as Secretary of the United States Department of the Interior must, however, lodge the record in this case with the Clerk of Court within ninety (90) days of proper service of the petition for review (not counting the day you received it), unless a different time is provided by statute or as otherwise ordered by the court. *Id.* at 83.6(b)(2).

4216554.1

The record must be served on the Petitioner's attorneys, *id.* at 83.6(g), whose names and addresses are:

Eric P. Waeckerlin
Kathleen Schroder
Erin K. Murphy
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado  80202
Tel:    303.892.9400
Fax:   303.893.1379
Eric.Waeckerlin@dgslaw.com
Katie.Schroder@dgslaw.com
Erin.Murphy@dgslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the petition for review.

CLERK OF COURT

Date:    11/15/16                                              S. William      [SEAL]
                                                        *Signature of Clerk or Deputy Clerk*

| English | Customer Service | USPS Mobile | | Register / Sign In |



## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9414814901568067019267

**On Time**
**Updated Delivery Day:** Monday, November 21, 2016

### Product & Tracking Information

**Postal Product**
First-Class Mail®

**Features**
Certified Mail™

### Available Actions

**Return Receipt Electronic**

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 21, 2016, 11 55 am | Delivered, Left with Individual | WASHINGTON, DC 20240 |

Your item was delivered to an individual at the address at 11:55 am on November 21, 2016 in WASH NGTON, DC 20240.

| | | |
|---|---|---|
| November 21, 2016, 8 35 am | Arrived at Unit | WASHINGTON, DC 20018 |
| November 19, 2016, 1 07 am | In Transit to Destination | |
| November 18, 2016, 1 07 am | Departed USPS Origin Facility | DENVER, CO 80266 |
| November 17, 2016, 11:53 pm | Arrived at USPS Origin Facility | DENVER, CO 80266 |
| November 17, 2016, 10:38 pm | Accepted at USPS Origin Facility | DENVER, CO 80202 |
| November 17, 2016 | Pre-Shipment Info Sent to USPS, USPS Awaiting Item | |

### Track Another Package

**Tracking (or receipt) number**

[                    ]   Track It

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**





English    Customer Service    USPS Mobile    Register / Sign In

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9414814901568067019274

## Product & Tracking Information

**Postal Product**
First-Class Mail®

**Features**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 21, 2016, 11 00 am | Delivered | CHEYENNE, WY 82001 |
| | Your item was delivered at 11:00 am on November 21, 2016 in CHEYENNE, WY 82001. | |
| November 19, 2016, 11:19 am | Available for Pickup | CHEYENNE, WY 82003 |
| November 19, 2016, 9 23 am | Available at PO Box | CHEYENNE, WY 82003 |
| November 19, 2016, 9:13 am | Sorting Complete | CHEYENNE, WY 82003 |
| November 19, 2016, 2 34 am | Arrived at Unit | CHEYENNE, WY 82009 |
| November 18, 2016, 7 29 pm | Departed USPS Facility | CHEYENNE, WY 82009 |
| November 18, 2016, 8 58 am | Arrived at USPS Facility | CHEYENNE, WY 82009 |
| November 17, 2016, 11:53 pm | Arrived at USPS Facility | DENVER, CO 80266 |
| November 17, 2016, 10:38 pm | Accepted at USPS Origin Facility | DENVER, CO 80202 |
| November 17, 2016 | Pre-Shipment Info Sent to USPS, USPS Awaiting Item | |

## Available Actions

Return Receipt Electronic

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



# USPS ELECTRONIC MAIL SHIPPING FORM

**DAVIS GRAHAM & STUBBS LLP**
**1550 SEVENTEENTH ST. SUITE 500**
**DENVER, CO 80202**

SENDER NAME:                              Eric Waeckerlin

CONTACT NAME:                             Kathleen Daily

TO: (Recipients' Name and Address):

THE HONORABLE SALLY JEWELL
UNITED STATES DEPARTMENT OF THE INTERIOR         9414 8149 0156 8067 0192 50
1849 C STREET, NW
WASHINGTON, DC 20240

UNITED STATES BUREAU OF LAND MANAGEMENT
1849 C STREET NW, ROOM 5665                      9414 8149 0156 8067 0192 67
WASHINGTON, DC 20240

THE HONORABLE LORETTA LYNCH
UNITED STATES DEPARTMENT OF JUSTICE              9414 8149 0156 8067 0192 43
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

UNITED STATES ATTORNEY'S OFFICE
P.O. BOX 668                                     9414 8149 0156 8067 0192 74
CHEYENNE, WY 82003-0668

4235719.1