IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 MAR -7 AM 9:49
STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| STATE OF WYOMING and STATE OF MONTANA, <br><br> Petitioners, <br><br> STATE OF NORTH DAKOTA and STATE OF TEXAS, <br><br> Intervenor-Petitioners, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity as Secretary of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; and NEIL KORNZE, in his official capacity as Director of the Bureau of Land Management, <br><br> Respondents, <br><br> WYOMING OUTDOOR COUNCIL, et al.; EARTHWORKS; STATE OF CALIFORNIA and STATE OF NEW MEXICO, <br><br> Intervenor-Respondents. | Case No. 2:16-CV-0285-SWS <br> **(Lead Case)** |
| WESTERN ENERGY ALLIANCE, and the INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA, <br><br> Petitioners, <br><br> vs. <br><br> SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior; and BUREAU OF LAND MANAGEMENT, <br><br> Respondents. | Case No. 2:16-CV-0280-SWS |

# ORDER LIFTING STAY AND
# SETTING BRIEFING SCHEDULE ON PENDING MOTIONS

These matters are now before the Court on the following motions: (1) *Joint Motion by the States of North Dakota and Texas to Lift the Stay entered December 29, 2017 and to Establish Expedited Schedule for Further Proceedings* (ECF No. 194); (2) *Motion to Lift Stay and Suspend Implementation Deadlines* filed by Petitioner States of Wyoming and Montana (ECF No. 195); and Industry Petitioners' *Motion to Lift Litigation Stay and for Preliminary Injunction or Vacatur of Certain Provisions of the Rule Pending Administrative Review* (ECF No. 196). The Federal Respondents' filed an unopposed motion to extend the deadline to respond to North Dakota and Texas Petitioners' motion and for leave to file a consolidated response to all three motions (ECF No. 200), which was granted by the Magistrate Judge.

Given the circumstances which now exist, the Court finds it appropriate to lift the stay and set a briefing schedule for resolution of the pending motions. THEREFORE, it is hereby

ORDERED that the **STAY** of these consolidated matters is **LIFTED**; it is further

**ORDERED that any responses to the presently pending motions described above (which may be consolidated into a single brief) shall be filed on or before March 14, 2018; and reply briefs shall be filed on or before March 21, 2018.** No hearing will be set; the Court will resolve the pending motions on the written submissions.

DATED this 7th day of March, 2018.

SCOTT W. SKAVDAHL
UNITED STATES DISTRICT JUDGE