IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 JUN 11  AM 9:40

STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| STATE OF WYOMING and STATE OF MONTANA, )<br>)<br>Petitioners, )<br>)<br>STATE OF NORTH DAKOTA and STATE OF )<br>TEXAS, )<br>)<br>Intervenor-Petitioners, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR; SALLY JEWELL, in her official )<br>capacity as Secretary of the Interior; UNITED )<br>STATES BUREAU OF LAND MANAGEMENT; )<br>and NEIL KORNZE, in his official capacity as )<br>Director of the Bureau of Land Management, )<br>)<br>Respondents, )<br>)<br>WYOMING OUTDOOR COUNCIL, et al.; )<br>EARTHWORKS; STATE OF CALIFORNIA and )<br>STATE OF NEW MEXICO, )<br>)<br>Intervenor-Respondents. ) | Case No. 2:16-CV-0285-SWS<br>**(Lead Case)** |
| WESTERN ENERGY ALLIANCE, and the )<br>INDEPENDENT PETROLEUM )<br>ASSOCIATION OF AMERICA, )<br>)<br>Petitioners, )<br>)<br>vs. )<br>)<br>SALLY JEWELL, in her official capacity as )<br>Secretary of the United States Department of the )<br>Interior; and BUREAU OF LAND )<br>MANAGEMENT, )<br>)<br>Respondents. ) | Case No. 2:16-CV-0280-SWS |

**MINUTE ORDER**

On April 4, 2018, this Court issued an *Order Staying Implementation of Rule Provisions and Staying Action Pending Finalization of Revision Rule* (ECF No. 215). The Intervenor-Respondents appealed from this Order. While the appeals were pending, the new rule issued. On April 9, 2019, the Tenth Circuit Court of Appeals issued its Order and Judgment vacating this Court's Order and dismissing the appeals as moot. (ECF No. 247-1.) The Tenth Circuit's mandate issued on June 3, 2019. (ECF No. 247.)

THEREFORE, the parties shall file written statements **on or before June 28, 2019**, setting forth their position on whether the entirety of these cases is moot in light of the Revision Rule becoming effective on November 27, 2018.

SO ORDERED.

DATED this 11th day of June, 2019.

SCOTT W. SKAVDAHL
UNITED STATES DISTRICT JUDGE