IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2020 JUL 21 PM 3: 56
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| STATE OF WYOMING and STATE OF MONTANA, ) <br> ) <br> Petitioners, ) <br> ) <br> STATE OF NORTH DAKOTA and STATE OF ) <br> TEXAS, ) <br> ) <br> Intervenor-Petitioners, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR; SALLY JEWELL, in her official ) <br> capacity as Secretary of the Interior; UNITED ) <br> STATES BUREAU OF LAND MANAGEMENT; ) <br> and NEIL KORNZE, in his official capacity as ) <br> Director of the Bureau of Land Management, ) <br> ) <br> Respondents, ) <br> ) <br> WYOMING OUTDOOR COUNCIL, et al.; ) <br> EARTHWORKS; STATE OF CALIFORNIA and ) <br> STATE OF NEW MEXICO, ) <br> ) <br> Intervenor-Respondents. ) | Case No. 2:16-CV-0285-SWS <br> **(Lead Case)** |
| WESTERN ENERGY ALLIANCE, and the ) <br> INDEPENDENT PETROLEUM ) <br> ASSOCIATION OF AMERICA, ) <br> ) <br> Petitioners, ) <br> ) <br> vs. ) <br> ) <br> SALLY JEWELL, in her official capacity as ) <br> Secretary of the United States Department of the ) <br> Interior; and BUREAU OF LAND ) <br> MANAGEMENT, ) <br> ) <br> Respondents. ) | Case No. 2:16-CV-0280-SWS |

## ORDER GRANTING MOTION TO LIFT STAY

This matter comes before the Court on the *Joint Motion to Lift Stay* filed by Petitioners and Petitioner-Intervenors the States of North Dakota, Texas, Wyoming, and Montana (ECF No. 272, Lead Case). The Court, having considered the motion and being otherwise fully advised, FINDS the requested relief is warranted. THEREFORE, it is hereby

ORDERED that the August 23, 2019 stay of these proceedings is LIFTED; it is further

ORDERED that all parties to these consolidated cases shall confer on and submit to the Court a proposed, expedited merits briefing schedule, including any supplemental briefing, within **seven (7) days**. The proposed briefing schedule shall be premised on the **completion of all briefing no later than September 4, 2020**.

DATED this 21ST day of July, 2020.

SCOTT W. SKAVDAHL
UNITED STATES DISTRICT JUDGE