FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 OCT 23 PM 2:50

MARGARET BOTKINS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING and STATE OF MONTANA, )<br>)<br>Petitioners, )<br>)<br>STATE OF NORTH DAKOTA and )<br>STATE OF TEXAS, )<br>)<br>Intervenor-Petitioners, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, et al. )<br>)<br>Respondents, )<br>)<br>WYOMING OUTDOOR COUNCIL, et al.; )<br>EARTHWORKS; STATE OF CALIFORNIA and )<br>STATE OF NEW MEXICO, )<br>)<br>Intervenor-Respondents. ) | Case No. 2:16-CV-0285-SWS<br>**(Lead Case)** |
| WESTERN ENERGY ALLIANCE, and the )<br>INDEPENDENT PETROLEUM )<br>ASSOCIATION OF AMERICA, )<br>)<br>Petitioners, )<br>)<br>vs. )<br>)<br>SALLY JEWELL, in her official capacity as )<br>Secretary of the United States Department of the )<br>Interior; and BUREAU OF LAND )<br>MANAGEMENT, )<br>)<br>Respondents. ) | Case No. 2:16-CV-0280-SWS |

# JUDGMENT

These matters having come before the Court on the *Petitions for Review of Final Agency Action* filed separately in each of these consolidated actions, and the Court having considered the issues and rendered a decision vacating the challenged provisions of the Waste Prevention Rule (*see* ECF No. 284),

IT IS HEREBY ORDERED AND ADJUGED that Judgment is entered in favor of Petitioners.

DATED this 23rd day of October, 2020.

SCOTT W. SKAVDAHL
UNITED STATES DISTRICT JUDGE