Robin Cooley, CO Bar #31168 (*admitted pro hac vice*)
Rumela Roy, CO Bar #53505 (*admitted pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, Colorado 80202
Phone: (303) 623-9466
rcooley@earthjustice.org
rroy@earthjustice.org

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| STATE OF WYOMING et al. | ) |
| | ) |
|     Petitioners, | ) |
| | ) Civil Case No. 2:16-cv-00285-SWS [Lead] |
|     v. | ) |
| | ) [Consolidated With 2:16-cv-00280-SWS] |
| UNITED STATES DEPARTMENT OF | ) |
| THE INTERIOR, et al. | ) Assigned: Hon. Scott W. Skavdahl |
| | ) |
|     Respondents, | ) **NOTICE OF APPEAL OF** |
| | ) **RESPONDENT-INTERVENORS** |
| and | ) **WYOMING OUTDOOR COUNCIL, ET** |
| | ) **AL.** |
| WYOMING OUTDOOR COUNCIL, | ) |
| CENTER FOR BIOLOGICAL | ) |
| DIVERSITY, CITIZENS FOR A | ) |
| HEALTHY COMMUNITY, DINÉ | ) |
| CITIZENS AGAINST RUINING OUR | ) |
| ENVIRONMENT, ENVIRONMENTAL | ) |
| DEFENSE FUND, ENVIRONMENTAL | ) |
| LAW AND POLICY CENTER, | ) |
| MONTANA ENVIRONMENTAL | ) |
| INFORMATION CENTER, NATIONAL | ) |
| WILDLIFE FEDERATION, NATURAL | ) |
| RESOURCES DEFENSE COUNCIL, SAN | ) |
| JUAN CITIZENS ALLIANCE, SIERRA | ) |
| CLUB, THE WILDERNESS SOCIETY, | ) |
| WESTERN ORGANIZATION OF | ) |
| RESOURCE COUNCILS, WILDERNESS | ) |
| WORKSHOP, AND WILDEARTH | ) |
| GUARDIANS. | ) |
| | ) |
|     Respondent-Intervenors. | ) |
| | ) |

Notice is hereby given that Respondent-Intervenors Wyoming Outdoor Council, Center for Biological Diversity, Citizens for a Healthy Community, Diné Citizens Against Ruining the Environment, Environmental Defense Fund, Environmental Law and Policy Center, Montana Environmental Information Center, National Wildlife Federation, Natural Resources Defense Council, San Juan Citizens Alliance, Sierra Club, The Wilderness Society, Western Organization of Resource Councils, Wilderness Workshop, and WildEarth Guardians hereby appeal to the United States Court of Appeals for the Tenth Circuit from: (1) the District Court's October 8, 2020 Order vacating the Waste Prevention Rule, 81 Fed. Reg. 83,008 (Nov. 18, 2016), except as to the severable provisions, 43 C.F.R. subpart 3178 and the amendment of 43 C.F.R. § 3103.3-1 [ECF No. 284]; and (2) the District Court's October 23, 2020 Judgment entered in favor of the Petitioners [ECF No. 285].

Respectfully submitted December 21, 2020,

/s/ Robin Cooley
Robin Cooley, CO Bar #31168 (*admitted pro hac vice*)
Rumela Roy, CO Bar #53505 (*admitted pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, Colorado 80202
Phone: (303) 623-9466
rcooley@earthjustice.org
rroy@earthjustice.org

*Attorneys for Respondent-Intervenors Natural Resources Defense Council, Sierra Club, The Wilderness Society, and Western Organization of Resource Councils*

/s/ Susannah L. Weaver
Susannah L. Weaver, DC Bar #1023021 (*admitted pro hac vice*)
Donahue & Goldberg, LLP
1111 14th Street, NW, Suite 510A
Washington, DC 20005
Phone: (202) 569-3818

1

susannah@donahuegoldberg.com

*Attorney for Respondent-Intervenor Environmental Defense Fund*

/s/ Melissa Hornbein
Melissa Hornbein, MT Bar #9694 (*admitted pro hac vice*)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Phone: (406) 204-4852
hornbein@westernlaw.org
hernandez@westernlaw.org

Erik Schlenker-Goodrich, NM Bar #03-196 (*admitted pro hac vice*)
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
Phone: (575) 613-4197
eriksg@westernlaw.org

*Attorneys for Respondent-Intervenors Center for Biological Diversity, Citizens for a Healthy Community, Diné Citizens Against Ruining Our Environment, Montana Environmental Information Center, National Wildlife Federation, San Juan Citizens Alliance, WildEarth Guardians, Wilderness Workshop, and Wyoming Outdoor Council*

/s/ Darin Schroeder
Darin Schroeder, KY Bar #93828 (*admitted pro hac vice*)
Ann Brewster Weeks, MA Bar #567998 (*admitted pro hac vice*)
Clean Air Task Force
114 State St., 6th Floor
Boston, MA 02109
Phone: (617) 624-0234
dschroeder@catf.us
aweeks@catf.us

*Attorneys for Respondent-Intervenor National Wildlife Federation*

/s/ Scott Strand
Scott Strand, MN Bar #0147151
Environmental Law & Policy Center
15 South Fifth Street, Suite 500
Minneapolis, MN 55402
Phone: (312) 673-6500
sstrand@elpc.org

Rachel Granneman, IL Bar #6312936
Environmental Law & Policy Center
35 E. Wacker Drive, Suite 1600
Chicago, IL 60601
Phone: (312) 673-6500
rgranneman@elpc.org

*Attorneys for Respondent-Intervenor Environmental Law & Policy Center*

/s/ Lisa McGee
Lisa McGee, WY Bar #6-4043
Wyoming Outdoor Council
262 Lincoln Street
Lander, WY  82520
(307) 332-7031
lisa@wyomingoutdoorcouncil.org

*Local Counsel for Respondent-Intervenors*

## CERTIFICATE OF SERVICE

I certify that on December 21, 2020, I filed the foregoing **NOTICE OF APPEAL OF RESPONDENT-INTERVENORS WYOMING OUTDOOR COUNCIL, ET AL.** using the United States District Court CM/ECF which caused all counsel of record to be served electronically.

/s/ Robin Cooley
Robin Cooley
*Attorney for Respondent-Intervenors*