UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING



**FILED**

2:58 pm, 6/29/21

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| STATE OF WYOMING, et al | ) |
| Petitioners, | ) |
| vs. | ) Civil Action No. 16-cv-285-SWS |
| | ) Member Case: 16-cv-280-SWS |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al | ) |
| Respondents, | ) |
| WYOMING OUTDOOR COUNCIL, CENTER FOR BIOLOGICAL DIVERSITY, CITIZENS FOR A HEALTHY COMMUNITY, DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT, ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL LAW AND POLICY CENTER, MONTANA ENVIRONMENTAL INFORMATION CENTER, NATIONAL WILDLIFE FEDERATION, NATURAL RESOURCES DEFENSE COUNCIL, SAN JUAN CITIZENS ALLIANCE, SIERRA CLUB, THE WILDERNESS SOCIETY, WESTERN ORGANIZATION OF RESOURCE COUNCILS, WILDERNESS WORKSHOP, AND WILDEARTH GUARDIANS | ) |
| Respondent-Intervenors. | ) |

**AMENDED ORDER GRANTING ADMISSION *PRO HAC VICE* OF MATTHEW LITTLETON AS COUNSEL FOR THE INTERVENOR-RESPONDENT ENVIRONMENTAL DEFENSE FUND**

**THIS MATTER** having come before the Court upon the motion of counsel for the Intervenor-Respondents pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting *Matthew Littleton* as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that *Matthew Littleton* is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all Proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 29th day of June, 2021.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE